**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**


IN RE  U LOCK INC.

| | | |
|---|---|---|
| IN RE U LOCK INC. _____ | ) | 22-cv-1218     22cv1222 |
| _____ | ) | Civil Action No. _____ |
| _____ | ) | 22-cv-1227     22cv1284 |
| vs. | ) | or      22-cv-1485 |
| _____ | ) | |
| _____ | ) | Criminal Action No. _____ |
| _____ | ) | |


### DISCLOSURE STATEMENT

      Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for
U Lock Inc _____ ,in the
above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:
A minority shareholder of U Lock Inc., Accredited Business Consolidators Corp. f/k/a Italian Oven, was at one point publicly traded and ̶o̶r̶ x transferred its shares to its underlying shareholders. Therefore, if a person owned Accredited (Italian Oven) shares they would own a small amount of U Lock shares, held in book form.

_____

| | |
|---|---|
| 3/14/2023 | /s/ J. Allen Roth |
| Date | Signature of Attorney or Litigant |

Revision Date: November 1, 2016